IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12CR061 |
| vs. | : | U. S. Magistrate Judge Michael J. Newman |
| MATTHEW BOHLER, | : | |
| Defendant | : | |

## ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Bohler, and for good cause shown, Defendant Bohler is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a), in Count 1. The Court finds that Defendant Bohler has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Bohler on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Condition that Defendant Bohler: participate in a substance abuse assessment/treatment, either inpatient or outpatient, to include drug testing, at the direction of the probation officer. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Bohler's completion of the probationary period.

_Michael Newman_
Michael J. Newman
United States Magistrate Judge  10/10/12